**John Charles THOMAS, Appellant,**

v.

**Arthur J. SILLS.**

**No. 18745.**

United States Court of Appeals,
Third Circuit.

Submitted on Briefs Nov. 20, 1970.

Decided Dec. 3, 1970.

John C. Thomas, pro se.

Eugene T. Urbaniak, Trenton, N. J. (George F. Kugler, Jr., Atty. Gen. of New Jersey, Joseph T. Maloney, Deputy Atty. Gen., Trenton, N. J., on the brief), for appellee.

Before HASTIE, Chief Judge, and McLAUGHLIN and ADAMS, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

The judgment of the court below will be affirmed upon the opinion of Chief Judge Augelli, D.C., 320 F.Supp. 979.

**Willie Lee HODGE, Petitioner and Appellant,**

v.

**H. V. FIELD, Superintendent, et al., Respondent and Appellee.**

**No. 23654.**

United States Court of Appeals,
Ninth Circuit.

July 8, 1970.

Rehearing Denied Aug. 6, 1970.

Willie Lee Hodge, in pro. per.

Thomas C. Lynch, Atty. Gen., Wm. E. James, Asst. Atty. Gen., Melvin R. Segal, Ronald F. Russo, Deputy Attys. Gen., Los Angeles, Cal., for appellee.

Before CHAMBERS and TRASK, Circuit Judges, and PLUMMER, District Judge.

PER CURIAM:

The order denying habeas corpus relief is affirmed for the reasons stated in the district court opinion filed October 16, 1968, 320 F.Supp. 775.

**Francile SIRAK, Plaintiff-Appellant**

v.

**Ted W. BROWN, Secretary of State of Ohio, et al., Defendants-Appellees.**

**No. 20753.**

United States Court of Appeals,
Sixth Circuit.

Dec. 10, 1970.

Michael E. Geltner, Columbus, Ohio, Howard P. Fink, Urbana, Ill., of counsel, for appellant.

Paul W. Brown, Atty. Gen. of Ohio, Julius J. Nemeth, Asst. Atty. Gen., Columbus, Ohio, for appellee Ted W. Brown.

C. Howard Johnson, Pros. Atty., Franklin County, George C. Smith, Asst. Pros. Atty., Columbus, Ohio, for Franklin County Board of Elections.

Before WEICK, McCREE and MILLER, Circuit Judges.

ORDER.

Upon consideration of appellant's motion, the appellees not objecting thereto, it is ordered that the judgment of the District Court be vacated and the cause be remanded with instructions to dismiss the action on the ground that the issues have become moot.